**Motion GRANTED and Order filed September 2, 2020.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-20-00599-CR**
**NO. 14-20-00600-CR**
**NO. 14-20-00601-CR**
**NO. 14-20-00602-CR**

_____

**IN RE THE STATE OF TEXAS EX REL. KIM OGG, HARRIS COUNTY DISTRICT ATTORNEY, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**228th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1680886, 1680887, 1680888 & 1680897**

---

## ORDER

On September 1, 2020, relator The State of Texas ex rel. Kim Ogg, Harris County District Attorney, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Frank Aguilar, Judge of the 228th District

Court, in Harris County, Texas, to set aside his August 28, 2020 amended order compelling discovery entered in trial court numbers 1680886, 1680887, 1680888 and 1680897, styled *The State of Texas v. Clemente Reyna*.

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On September 1, 2020, relator asked this court to stay the August 28, 2020 amended order pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the August 28, 2020 order in trial court cause numbers 1680886, 1680887, 1680888 and 1680897, styled *The State of Texas v. Clemente Reyna,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests real party in interest Clemente Reyna to file a response to the petition for writ of mandamus on or before September 22, 2020. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel Consists of Justices Christopher, Jewell, and Zimmerer.